■ The People of the State of New York, Respondent, v Tracy Walker, Appellant. [605 NYS2d 990] —Judgment unanimously reversed on the law, motion granted and new trial granted. Same Memorandum as in *People v Walker* (198 AD2d 785 [decided herewith]). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Burglary, 2nd Degree.) Present —Denman, P. J., Balio, Lawton, Doerr and Boehm, JJ.